FILED by ___ D.C.

NOV 1 9 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-Civ-20627-Moore/Torres

PDQ COOLIDGE FORMAD, LLC,
(Washington Shores Apartments),

      Plaintiff,

v.

LANDMARK AMERICAN
INSURANCE COMPANY,

      Defendant

Sealed

_____/

## DEFENDANT'S EXPARTE MOTION FOR ORDER COMPELLING JUDGMENT DEBTORS TO COMPLETE FACT INFORMATION SHEET (FORM 1.977)

Defendant, LANDMARK AMERICAN INSURANCE COMPANY ("DEFENDANT") by and through the undersigned counsel and pursuant to Fed.R.Civ.P. 69 and Fla.R.Civ.P. 1.560, files this, its Motion to Compel Judgment Debtor to Complete Fact Information Sheet (Form 1.977) and states a follows:

1.     On July 24, 2013, this Court entered a Final Judgment against PDQ COOLIDGE FORMAD, LLC ("JUDGMENT DEBTORS"), in the amount of **$52,524.19**, plus post judgment interest accruing at the prevailing legal rate of interest.[1]

2.     The subject final judgment has not been satisfied and post-judgment discovery has not been stayed.

3.     Therefore, Defendant requests an order compelling the judgment debtors to complete the fact information sheet in form 1.977. A copy of Form 1.977 is attached as Exhibit "2".

_____

[1] EXHIBIT "1" – TRUE AND CORRECT COPY OF FINAL JUDGMENT.

Case No. 1:12-Civ-20627-Moore/Torres

WHEREFORE, Defendant requests this Court enter an order compelling Judgment Debtor, PDQ COOLIDGE FORMAD, LLC to complete the fact information sheet in form 1.977 and all attachments and to serve same upon the undersigned within 45 days.

Respectfully submitted,

LEVY LAW GROUP, P.A.

LAUREN D. LEVY
Florida Bar No.: 0116490
lauren@levylawgroup.com
1450 Madruga Avenue
Suite 407
Coral Gables, Florida  33146
Telephone: (305) 444-1500
Facsimile:  (305) 503-9295
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was filed with the Clerk's Office, 400 N. Miami Avenue, Miami, Florida  33128 on this ___ day of November, 2013.

LAUREN D. LEVY